Submitted December 20, 2010, affirmed February 2, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDREW JACOB BACHMEIER,
*Defendant-Appellant.*

Multnomah County Circuit Court
080849589; A141443

248 P3d 23

Peter Gartlan, Chief Defender, and Shawn E. Wiley, Chief Deputy Public Defender, filed the brief for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM

Affirmed. *State v. Davis*, 237 Or App 351, 239 P3d 1002 (2010).